■ STEPHEN BABCOCK, Appellant, v STATE UNIVERSITY AGRICULTURAL & TECHNICAL COLLEGE AT ALFRED, Respondent. [810

NYS2d 694]—Appeal from an order of the Supreme Court, Allegany County (Thomas P. Brown, A.J.), entered December 2, 2004 in an action pursuant to Civil Service Law § 75-b. The order deemed the action to have been discontinued by plaintiff.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5511; *Parochial Bus Sys. v Board of Educ. of City of N.Y.*, 60 NY2d 539, 544-545 [1983]). Present—Hurlbutt, J.P., Gorski, Green, Pine and Hayes, JJ.